BEFORE THE SECOND DIVISION, SEPTEMBER 27, 1961

No. 66103.—Empire Findings Co., Inc. *v.* United States, protests 269714–K, etc. (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of otoscopes similar in all material respects to those the subject of *Empire Findings Co., Inc.* v. *United States* (44 Cust. Ct. 21, C.D. 2148), the claim of the plaintiff was sustained.

SEPTEMBER 25, 1961

No. 66104.—SUIT 5044.—Border Brokerage Co. *v.* United States.——C.D. 2165 affirmed June 2, 1961. C.A.D. 774.

No. 66105.—SUIT 5061.—United States *v.* Robert K. Herbst.——C.D. 2201 affirmed July 14, 1961. C.A.D. 781.